IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CAROLYN L. LAVENDER, )
)
      Plaintiff, )
)
v. ) 1:10-CV-903
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
)
      Defendant. )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on January 22, 2014, was served on the parties in this action. Counsel for Plaintiff objected to the Recommendation.

The Court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for summary judgment [Pleading No. 11] is **DENIED**, that Defendant's motion for judgment on the pleadings [Pleading No. 14] is **GRANTED**, and that the final decision of the Commissioner is upheld. A judgment dismissing this action will be entered contemporaneously with this Order.

This the 18th day of February, 2014.

                                               UNITED STATES DISTRICT JUDGE